# STATE OF MICHIGAN

# COURT OF APPEALS

PEOPLE OF THE STATE OF MICHIGAN,

        Plaintiff-Appellee,

v

JUSTIN DYLAN SMITH,

        Defendant-Appellant.

UNPUBLISHED
February 10, 2015

No. 318311
Delta Circuit Court
LC No. 13-008722-FC

Before: CAVANAGH, P.J., and METER and SHAPIRO, JJ.

SHAPIRO, J. (*concurring*).

        I concur in the result only.

                             /s/ Douglas B. Shapiro

-1-